# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0372. JEAN JOCELYN MERILIEN v. RUTH CAMPBELL et al.**

In 2019, Jean Jocelyn Merilien, a prison inmate, filed a complaint against Artis Singleton, Bryan Tucker, Ruthy Campbell, Linda Taylor, Steve Eady, Melissa Lawson, and Talitha Bryant. On January 10, 2023, the trial court entered an order returning Merilien's filing fee as having been paid late. On June 27, 2023, Merilien filed this application for discretionary review of the trial court's order. We, however, lack jurisdiction.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As this application was filed 168 days after entry of the order returning Merilien's filing fee, it is untimely and is hereby DISMISSED.[1] See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380

---

[1] Merilien claims that she did not receive notice of the trial court's order until June 2023. However, any failure by the trial court to notify Merilien of its order would not extend the time for filing this application, and a party whose right to timely seek appellate review is frustrated due to a lack of such notice may file a motion asking the trial court to set aside the order and re-enter it. See *Moore v. State*, 308 Ga. 556, 557 (2) (842 SE2d 65) (2020); *Atlantic-Canadian Corp. v. Hammer, Siler, George Assoc.*, 167 Ga. App. 257, 257-258 (1) (306 SE2d 22) (1983).

SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   07/17/2023

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*